# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

July 24, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/25/2023
```

**BY ECF**

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10003

        Re:    *Ramirez v. Café Royale Restaurant Inc., et al.*
                  <u>Case No. 22-CV-9684 (JHR) (SDA)</u>

Dear Judge Rearden,

      We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled on August 1, 2023, at 4:00 p.m. However, in light of plaintiff's pending motion for default judgment [Docket Nos. 17-19], please accept this letter as plaintiff's request to adjourn the conference *sine die*.

      We thank the Court for considering this application.

Application GRANTED.

SO ORDERED.

Respectfully submitted,

*/s/ Justin Cilenti*
Justin Cilenti

*[signature]*
Jennifer H. Rearden, U.S.D.J.
Date: July 25, 2023