UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR RAMIREZ,

                  Plaintiff,                                     22 **CIVIL** 9684 (JHR) (SDA)

         -against-                                    **JUDGMENT**

CAFÉ ROYALE RESTAURANT INC. et al.,

                  Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated August 31, 2025, the Court adopts Judge Aaron's Report and Recommendation in full. Accordingly, Plaintiff is awarded a total of $440,675.50 in actual and liquidated damages, attorneys' fees, and costs. Plaintiff is entitled to pre-judgment interest on $214,726.00 calculated at the statutory rate of 9% prescribed by C.P.L.R. 5004(a) from May 26, 2019 to the entry of judgment in the amount of $123,629.23. Plaintiff is further entitled to post-judgment interest calculated at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
           October 16, 2025

                                                      **TAMMI M. HELLWIG**
                                                          Clerk of Court

                              **BY:**
                                                        **Deputy Clerk**